George H. McMINIMEE, Appellant, v. UNITED STATES of America, Appellee.

No. 7449.

Circuit Court of Appeals, Ninth Circuit.
June 15, 1934.

J. Chas. Dennis, U. S. Atty., of Seattle, Wash., and De Witt C. Rowland, Asst. U. S. Atty., of Tacoma, Wash.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.

Nathan MARKS, as Trustee In Bankruptcy of Werner-Mitchell Co., Inc., Appellant, v. Charles WENZEL and Bank of Huntington & Trust Company, Appellees.

No. 337.

Circuit Court of Appeals, Second Circuit.
April 2, 1934.

Julius L. Rassner, of Brooklyn, N. Y., (Lloyd B. Kanter, of Brooklyn, N. Y., on the brief), for appellant.

Shaine & Weinrib, of New York City (Edward C. Weinrib, of New York City, on the brief), for appellee Wenzel.

Baylis & Sanborn, of New York City (Frederick H. Sanborn, of New York City, of counsel), for appellee bank.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (—— F. Supp. ——) affirmed.

William W. NILES, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 344.

Circuit Court of Appeals, Second Circuit.
May 21, 1934.

William N. Niles, in pro. per.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and M. H. Eustace, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed on the authority of De Loss v. Commissioner (C. C. A.) 28 F.(2d) 803.